



## OPINION

No. 04-10-00655-CR

**In re John William Coleman, Relator**

Original Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Sandee Bryan Marion, Justice
              Steven C. Hilbig, Justice

Delivered and Filed: April 27, 2011

PETITION FOR WRIT OF PROHIBITION DENIED; MOTION FOR LEAVE TO FILE DISMISSED AS MOOT

The court has considered the petition for a writ of prohibition filed by relator, John William Coleman, and the response of the real party in interest, and is of the opinion that relief should be denied. *See* TEX. R. APP. P. 52.8(a). Accordingly, relator's petition for a writ of prohibition is denied. Relator's motion for leave to file the petition is dismissed as moot.

The clerk of this court is directed to transmit a copy of this opinion to the attorneys of record, the trial court judge, and the trial court clerk.

PER CURIAM

PUBLISH

---

[1] This proceeding arises out of Cause Nos. 2010-DCR-0132 and 2010-DCR-0133, styled *The State of Texas v. John William Coleman*, pending in the 198th Judicial District Court, Kimble County, Texas, the The Honorable M. Rex Emerson presiding.